**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:10cr26**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KEVIN MATTHEW HUGHES,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is Defendant's Motion to Seal Document [# 5]. Defendant moves for leave to file his motion under seal pursuant to Local Rule 55.1(D). Upon a review of Defendant's motion and the record, the Court **GRANTS** the motion [#5]. The Court **DIRECTS** to Clerk to place Defendant's motion [#5] and all attachments thereto under **SEAL** until further Order of this Court.

Signed: July 14, 2011

Dennis L. Howell
United States Magistrate Judge